# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Freddy C.,[1]

      Petitioner,

v.

Pamela Bondi, *in her official capacity as Attorney General*; Kristi Noem, *in her official capacity as Secretary of the Department of Homeland Security*; Todd Lyons, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Mary de Anda Ybarra, *in her official capacity as Director, El Paso Field Office, U.S. Immigration and Customs Enforcement*; Oscar Ugarte, *in his official capacity as Sheriff of El Paso County*; and Warden of the Ero El Paso East Montana Detention Facility, El Paso, Texas,

      Respondents.

File No. 26-CV-01433 (JMB/EMB)

**ORDER**

---

Claire B. Deason and Lehoan T. Pham, Littler Mendelson, P.A., Minneapolis, MN for Petitioner Freddy C.

David W. Fuller and David R. Hackworthy, United States Attorney's Office, Minneapolis, MN, for Respondents Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood, Mary de Anda Ybarra, and Warden of the Ero El Paso East Montana Detention Facility.

---

      This matter came before the Court on March 19, 2026 for a status conference

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in immigration cases.

pursuant to the Court's March 9, 2026 Order to Show Cause.  (Doc. No. 30.)

In this non-citizen habeas case, the Court granted an unopposed Petition for a Writ of Habeas Corpus filed by Petitioner Freddy C., who had been unlawfully detained by Immigrations and Customs Enforcement (ICE) agents.  (Doc. No. 7.)   Both before and after ordering Freddy C.'s release from custody, the Court ordered Respondents to return all personal belongings taken from Freddy C. during his unlawful detention and further ordered Respondents to file documentation to confirm that such property had been returned.  (Doc. Nos. 4, 7, 17.)  Respondents did not comply.  (*See* Doc. No. 24.)

During the March 19, 2026 status conference, Respondents' counsel acknowledged Freddy C.'s claim that he had not been returned all of his property upon release from custody: specifically, that he had not been returned his work authorization card, which had cost him $795 to replace; and his U.S. and Venezuelan driver's licenses, the replacements of which would cost a then-undetermined sum of money.  (Doc. No. 30; *see also* Doc. Nos. 11, 13, 15, 18, 19, 29.)  Respondents' counsel agreed to compensate Freddy C. for the expenses associated with the replacement of his lost documents.  (Doc. No. 30.)

## ORDER

Therefore, based on the foregoing, on the Proposed Order filed on March 23, 2026 (Doc. No. 31), and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.     Within thirty (30) days of this Order, Respondents must issue payment in the amount of $795.00 to Petitioner Freddy C. to reimburse Freddy C. for the out-of-pocket expenses incurred to replace his work authorization card.  Such payment must be mailed or otherwise delivered to Freddy C. in care of his

2

immigration counsel, Maria Miller, Martin Law, Wells Fargo Plaza, 7900 Xerxes Ave. S., Suite 220, Bloomington, MN 55431.

2.     Within thirty (30) days following the restoration of funding to the Department of Homeland Security and upon Respondents' receipt of proof of Freddy C.'s out-of-pocket expenses incurred to replace his U.S. driver's license and his Venezuelan driver's license, Respondents shall issue payment, not to exceed $100.00, for such demonstrated out-of-pocket expenses.  Such payment must be mailed or otherwise delivered to Freddy C. in care of his immigration counsel, Maria Miller, Martin Law, Wells Fargo Plaza, 7900 Xerxes Ave. S., Suite 220, Bloomington, MN 55431.

3.     Petitioner shall inform the Court if Respondents do not comply with this Order and may petition for further appropriate relief.

Dated:  March 23, 2026                                    /s/ *Jeffrey M. Bryan*
                                                                    Judge Jeffrey M. Bryan
                                                                    United States District Court

3